In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00414-CV

_____


IN THE ESTATE OF UDIE EDINBURGH

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 13-30011-P

MEMORANDUM OPINION

Ronald Ray Edinburgh filed a notice of appeal October 12, 2015. On October 21, 2015, we notified the appellant that the notice of appeal was defective, in that it fails to state the date of the judgment or order appealed from and it does not show that it was served on the opposing party. We also notified the appellant that he could file an amended notice of appeal and that if the original notice of appeal was filed late he could request an extension of time for late filing. Additionally, we notified the appellant that if he wishes to proceed without prepayment of costs, he must file a declaration of indigence, an inmate trust

1

account statement, and a declaration of previous filings. Finally, we warned the appellant that his appeal would be dismissed unless we received a written reply by November 6, 2015.

The appellant failed to respond to a notice from the clerk requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 9, 2015
Opinion Delivered December 10, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.

2